1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-400
5 |





FILED

JUN 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
DEPUTY CLERK

UNDER SEAL

6 |

7 |        IN THE UNITED STATES DISTRICT COURT FOR THE

8 |              EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,      )  CR.NO.  ℡  07 ℗ 00156  LIO
10 |                                )
              Plaintiff,           )  EX PARTE MOTION TO SEAL
11 |                                )  INDICTMENT PURSUANT
          v.                       )  TO RULE 6(e), FEDERAL
12 |                                )  FEDERAL RULES OF
                                   )  CRIMINAL PROCEDURE
13 | MARCUS MAJOR, et al.           )
                                   )
14 |           Defendants.         )      SEALED
                                   )
15 |

16 |      The government moves the Court, pursuant to Rule 6(e) of the

17 | Federal Rules of Criminal Procedure, to order and direct that the

18 | Indictment returned by the Grand Jury on June 14, 2007, charging

19 | the above defendants with a violation of Title 18, United States

20 | Code, Section 1951 - Conspiracy to Interfere With Commerce by

21 | Robbery, and other violations be kept secret until the defendants

22 | named in the Indictment are either in custody or have been given

23 | bail on this offense; and further order that until such time as

24 | the defendants are in custody or have been given bail, that no

25 | person shall disclose the finding of the Indictment or any

26 | warrants issued pursuant thereto, except when necessary for the

27 |

28 |

                              1

1 | issuance and execution of the warrants.

2 | DATED: June 14 2007                     Respectfully submitted,

3 |                                          McGREGOR W. SCOTT
                                            United States Attorney
4 |
5 |                                          By
                                               KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney
6 |
7 | ORDERED as prayed this 14 day of June 2007

8 |

9 |                                          U.S. Magistrate Judge

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2