```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

FILED
JUN 1 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00156 LJO |
| Plaintiff, ) | |
| ) | MOTION TO UNSEAL INDICTMENT |
| v. ) | |
| MARCUS MAJOR, et al., ) | |
| Defendants. ) | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: June 15, 2007

KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: June 15, 2007

SANDRA M. SNYDER
United States Magistrate Judge

1