# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MARCUS MAJOR, JORDON HUFF,<br>PORCHA NEAL**<br><br>　　　　　Defendants<br>_____ / | Case No. 1:97CR00156 LJO<br><br>ORDER |

TO: ALL IN CHARGE OR HAVING A PART IN MAINTAINING CUSTODY OF DEFENDANTS MAJOR AND HUFF:

AS A DIRECT RESULT OF THE EVIDENTIARY HEARING THAT OCCURRED AT THE END OF THE COURT DAY, ON THE RECORD, ON NOVEMBER 18, 2009, AND THE FINDING THAT THIS COURT HAS MADE THAT IN-CUSTODY DEFENDANTS MAJOR AND HUFF AT LEAST ATTEMPTED TO GAIN ACCESS TO THE NAMES OF POTENTIAL OR ACTUAL JURORS (IN DIRECT CONTRAVENTION TO THE PROCEDURES ORDERED BY THIS COURT THAT NAMES OF POTENTIAL OR ACTUAL JURORS WOULD NOT BE USED NOR DISCOVERED BY ANYONE EXCEPT COUNSEL):

IT IS HEREBY ORDERED:

THAT NEITHER DEFENDANT MAJOR NOR HUFF WILL HAVE ANY COMMUNICATION OR VISITS OF ANY NATURE OR SORT, WITH ANYONE <u>EXCEPT WITH THEIR OWN COUNSEL OF RECORD</u> FOR THE PENDENCY OF THIS TRIAL. THIS INCLUDES PHONE CALL, VISITS, OR WRITINGS, OR ANY OTHER TYPE COMMUNICATION. IT IS SO ORDERED.

Dated: November 18, 2009

/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1