**FILED**

NOV 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MAJOR, JORDAN HUFF, PORCHA NEAL,<br><br>Defendants.<br>_____/ | Case No. 1:07CR00156 LJO<br><br>**ORDER TO THE COURT SECURITY UNIT** |

The Court HEREBY ORDERS the Court Security Unit of the United States District Court in Fresno, California to escort personally the jurors in the above-entitled matter to their vehicles at the conclusion of the day's proceedings from day to day until the conclusion of this matter. This extends the geographical jurisdiction and responsibility of the court security officers past the courthouse doors to and/and from the parking structures.

DATED: November 18, 2009        _____
                                LAWRENCE J. O'NEILL
                                UNITED STATES DISTRICT JUDGE

1