UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00156 LJO |
| Plaintiff, | **ORDER PURSUANT TO REMAND FROM THE NINTH CIRCUIT** |
| vs. | |
| MARCUS MAJOR (1)<br>JORDAN HUFF (**2**), | |
| Defendants<br>_____ / | |

The Court has received and reviewed the Order of the 9th Circuit filed on March 27, 2012. As Counsel recognizes, the Order is not final for 30 days. In its current state, the Order appears to require a 3 year (36 months) lowering of the sentence as to each Defendant.

That said, if Counsel will not be petitioning the 9th Circuit for any purpose and realize that the March 27, 2012 Order will be final, the undersigned need counsel to advise the Court:

    1. whether or not they wish to be heard in writing on what they believe the effect of the March 27 Order is, and if so, how much time to file such a brief they request;

    2. whether or not they wish the Defendants transported for the adjustment in sentencing. The Court is aware that disruption caused by court appearances affects property, cell locations, and job placements, and thus the question. IF the Defendants do not wish transportation, they must file their personal, written waiver of being present personally.

Counsel must respond in appropriate fashion, depending on their respective positions, to this Order within ten days.

IT IS SO ORDERED.

**Dated:   March 28, 2012**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE