UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:07-CR-0156-LJO 1 & 2 |
| Plaintiff-Respondent, | ORDER FOR OPPOSITION |
| v. | |
| JORDAN HUFF and MARCUS MAJOR, | |
| Defendants-Petitioners. | |

Petitioners Jordan Huff and Marcus Major are currently serving state sentences in California. Upon release from state custody, both are set to begin sentences imposed in this case based upon convictions related to a spree of armed robberies. Petitioner Huff's federal sentence is 742 years and one month; Petitioner Major's federal sentence is 743 years and three months. Docs. 429 & 430. Both have now filed identical motions pursuant to 28 U.S.C. § 2255 ("Section 2255") to vacate, set aside or correct their federal sentences. Docs. 438 & 439. Having reviewed the Section 2255 motions, this Court finds that resolution of the motions will be aided by the filing of oppositions by the Government. Accordingly, the Government is ORDERED, no later than December 5, 2014, to file and serve oppositions (preferably a combined opposition) to the Section 2255 motions. The Court shall take the Section 2255 motions under submission after the opposition is filed. No further submissions shall be accepted, unless by further order of this Court. In addition, no hearing is set in this matter.

SO ORDERED
Dated: October 23, 2012

                                              /s/ Lawrence J. O'Neill
                                              United States District Judge