# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>JORDAN HUFF,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:07-CR-00156-LJO-2<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 486) |

On June 23, 2016, Petitioner Jordan Huff, through the Federal Defender's Office, filed a motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 486), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Petitioner simultaneously filed an application to the Ninth Circuit for leave to file a second or successive § 2255 motion. (ECF. No. 486.) On February 17, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive § 2255 motion. (ECF No. 485.) Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's § 2255 motion within **30 days** (*on or before March 23, 2017)*. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

　Dated:　**February 21, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE