**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JORDAN HUFF,<br><br>　　　　Defendant. | Case No. 1:07-cr-00156-JLT-2<br><br>ORDER CLARIFYING APPOINTMENT OF COUNSEL; REFERRING MOTION FOR COMPASSIONATE RELEASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE; LEAVING REFERRAL UNDER GENERAL ORDER 670 IN PLACE<br><br>(Docs. 592, 595) |

　　　　Defendant Jordan Huff was sentenced in this action on March 25, 2010. (Doc. 345.) The Court entered a revised judgment with corrections to restitution on December 9, 2020. (Doc. 556.) On October 31, 2023, Defendant moved that the Court appoint counsel to assist him in filing a motion for compassionate release under 28 U.S.C. § 3582(c)(1). (Doc. 592.) On November 22, 2023, he filed a second motion requesting counsel to assist him filing a motion for relief under 18 U.S.C. § 3582(c)(2) in light of U.S. Sentencing Guideline Amendment 821 ("Amendment 821"). (Doc. 595.) On November 30, 2023, Defendant filed a pro se request for relief under Amendment 821. (Doc. 597.)

　　　　The Court inadvertently overlooked the distinction between Defendant's two requests for counsel in this case and has thus far only referred this matter pursuant to General Order 670, which addresses appointment of counsel and scheduling related to potential Amendment 821

1

motions. (*See* Docs. 594, 596.) It is now apparent that appointment is also warranted under General Order No. 595, which concerns motions for compassionate release arising under 28 U.S.C. § 3582(c)(1). Accordingly, the Federal Defender's Office ("FDO") is also appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file for relief under 28 U.S.C. § 3582 on Defendant's behalf <u>or</u> to notify the court and the government it does not intend to file a motion. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government. The existing order referring this case to the FDO under General Order 670 remains in place.

The Clerk of the Court is directed to send copies of this order to: Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org); Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov); and the Amendment 821 Working Group.

IT IS SO ORDERED.

Dated:   **December 6, 2023**

UNITED STATES DISTRICT JUDGE