UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:07-CR-00156-2-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| JORDAN HUFF, ) | |
| Defendant. ) | |

The Defendant satisfied the Court that he is financially unable to obtain counsel. He seeks an order of the Court appointing counsel to represent him with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments and Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Benjamin Ramos be appointed to represent the above defendant in this case effective *nunc pro tunc* to January 30, 2024, substituting the Federal Defenders Office appointed per G.O. 670 and 595. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **February 2, 2024**

UNITED STATES DISTRICT JUDGE