LAW OFFICE OF BENJAMIN RAMOS
Benjamin Ramos (State Bar No. 156643)
705 E. Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin__ramos@comcast.net

*Attorney for Defendant/Movant,*
JORDAN HUFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MAJOR and JORDAN HUFF,<br><br>Defendants. | Case No. 1:07-CR-00156-2-JLT<br><br>**STIPULATION SETTING DUE DATES FOR FILING DEFENDANT'S SUPPLEMENT TO PRO SE MOTION FOR COMPASSIONATE RELEASE/MODIFICATION OF SENTENCE, OPPOSITION AND REPLY; ORDER** |

## STIPULATION

Jordan Huff ("Defendant") and United States of America (the "Government"), by and through their counsel of record, hereby stipulate as follows:

The Defendant filed a pro se motion for compassionate release on October 31, 2023, and requested appointment of counsel.  ECF No. 592.

On December 7, 2023, the Court appointed the Federal Defender's Office ("FDO") and ordered that the FDO "shall have 60 days from the date of this order to file for relief under 28 USC § 3582 on defendant's behalf <u>or</u> to notify the court and the government it does not intend to file a motion. Thereafter, absent further order from the court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to

1  defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by

2  the government." ECF No. 598.

3        Appointed counsel herein replaced the FDO by Court order on February 2, 2024. ECF

4  No. 599.

5        Counsel for Defendant and counsel for the Government have agreed to a two-week

6  extension of the above deadline set by the Court. Additional time is needed for Defendant to

7  research and prepare a supplement to the previously filed pro se motion for compassionate

8  release.

9        Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

10  schedule on the Defendant's motion as follows:

11    • The Defendant's amended motion for compassionate release or supplement will be filed

12      on or before April 30, 2024.

13    • The Government's response to the Defendant's amended motion to be filed on or before

14      May 30, 2024.

15    • The Defendant's reply to the Government's response to be filed on or before June 14,

16      2024.

17    • The parties will return to the Court if additional time is needed to obtain documents, for

18      investigation, and preparing filings.

19  IT IS SO STIPULATED.

20                                   Respectfully submitted,

21

22  Dated: April 5, 2024              APPOINTED CJA COUNSEL

23

24                                    _/s/ Benjamin Ramos_

25                                    BENJAMIN RAMOS (SBN 156643)
                                      *Attorney for Defendant/Movant,*

26                                    JORDAN HUFF

27

28

- 2 -

STIPULATION SETTING DUE DATES

1

2      Dated:  April 5, 2024                              PHILLIP A. TALBERT
                                                          United States Attorney
3

4
                                                          _____/s/ Kimberly A. Sanchez_____
5                                                         KIMBERLY A. SANCHEZ
                                                          Assistant United States Attorney
6

7

8

9                            **FINDINGS AND ORDER**

10           Based upon the stipulation and representations of the parties, the Court adopts the

11    following as a revised briefing schedule regarding the Defendant's motion for sentence

12    reduction:

13        a) The Defendant's amended motion for compassionate release will be filed on or before

14            April 30, 2024.

15        b) The Government's response to the Defendant's amended motion to be filed on or

16            before May 30, 2024.

17        c) The Defendant's reply to the Government's response to be filed on or before June 14,

18            2024.

19        d) The defendant's exhibits filed in Doc. 203 will be incorporated by reference into the

20            defendant's amended motion.

21    IT IS SO ORDERED.

22        Dated:   **April 8, 2024**

23                                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION SETTING DUE DATES