PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00156-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; [~~PROPOSED~~] ORDER |
| v. | |
| JORDAN HUFF, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On November 30, 2023, the Defendant filed a *pro se* motion for reduction in sentence. Docket No. 597. On May 7, 2024, counsel for the Defendant filed a supplement in support of Defendant's motion for sentence reduction. Docket No. 606. The Government's response is due June 7, 2024.

2. Counsel for the Government requests additional time to review documents received from BOP and finish drafting a proper response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

      a)      The Government's response to the Defendant's motion for sentence reduction is to be filed on or before July 8, 2024;

      b)      The Defendant's reply to the Government's response to be filed on or before July 22, 2024.

IT IS SO STIPULATED.

Dated:  June 6, 2024                                  PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ KIMBERLY A. SANCHEZ
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant United States Attorney

Dated: June 6, 2024                                   */s/ BENJAMN RAMOS*
                                                         BENJAMIN RAMOS
                                                        Attorney for Defendant
                                                       Jordan Huff

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

      a)      The Government's response to the Defendant's motion, (Docket Nos. 597, 604), is now due on or before July 8, 2024;

      b)      The Defendant's reply to the Government's response, if any, is due on or before July 22, 2024.

IT IS SO ORDERED.

Dated:  **June 7, 2024**                                              UNITED STATES DISTRICT JUDGE