PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00156-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; [~~PROPOSED~~] ORDER |
| v. | |
| JORDAN HUFF, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On November 30, 2023, the Defendant filed a *pro se* motion for reduction in sentence. Docket No. 597. On May 7, 2024, counsel for the Defendant filed a supplement in support of Defendant's motion for sentence reduction. Docket No. 606. After two previous request for extensions of time to file a response, the Government's response is due July 16, 2024.

2. Counsel for the Government requests additional time to finalize its response to Defendant's Motion. The Government's need for additional time arises in large part from being behind due to a series of serious family illnesses suffered starting in late May 2024 and just nearing full recovery at present. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

schedule on the Defendant's motion for compassionate release as follows:

    a)     The Government's response to the Defendant's motion for sentence reduction is to be filed on or before August 6, 2024;

    b)     The Defendant's reply to the Government's response to be filed on or before July 20, 2024.

IT IS SO STIPULATED.

Dated: July 15, 2024　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: July 15, 2024　　　　　　　　　　　　　/s/ BENJAMN RAMOS
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN RAMOS
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Jordan Huff

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)     The Government's response to the Defendant's motion, (Docket Nos. 597, 604), is now due on or before August 6, 2024;

    b)     The Defendant's reply to the Government's response, if any, is due on or before August 20, 2024.

IT IS SO ORDERED.

Dated: **July 16, 2024**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE